In the Matter of the Application of 600-11TH AVENUE, INC., Appellant, against HARRIS H. MURDOCK and Others, as Members and Together Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, and ALFRED M.

RHEINSTEIN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.